IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ENRICO CORNLEY, # 302159, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| | )   CIVIL ACTION NO. |
| v. | )   2:18-cv-1007-WHA-JTA |
| | )       (WO) |
| KARLA JONES, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**ORDER**

On October 15, 2021, the Magistrate Judge entered a Recommendation (Doc. 23) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) the Recommendation (Doc. 23) is ADOPTED;

(2) the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED because it was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d); and

(3) this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 12th day of November, 2021.

                                     /s/   W. Harold Albritton
                                     W. HAROLD ALBRITTON
                                     SENIOR UNITED STATES DISTRICT JUDGE