IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ENRICO CORNLEY, # 302159, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KARLA JONES, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>2:18-cv-1007-WHA-JTA |

## **ORDER**

The Order and Final Judgment entered on November 12, 2021 (Docs. 24, 25) are VACATED.

On October 15, 2021, the Magistrate Judge entered a Recommendation (Doc. 23) that Petitioner Enrico Cornley's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied and that this case be dismissed with prejudice because Cornley's petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d). Cornley has filed Objections to the Recommendation. (Doc. 26.) Upon an independent review of the record and upon consideration of the Recommendation and Cornley's Objections, it is ORDERED that:

(1) Cornley's Objections (Doc. 26) are OVERRULED;

(2) the Magistrate Judge' Recommendation (Doc. 23) is ADOPTED; and

(3) this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 15th day of November, 2021.

                         /s/     W. Harold Albritton
                         W. HAROLD ALBRITTON
                         SENIOR UNITED STATES DISTRICT JUDGE